```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YANNSI ESPINAL,

                Plaintiff,

-v-

AFNI, INC.,

                Defendant.
------------------------------------------------------------X

17 CIVIL 3439 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated June 7, 2018, Defendant's motion for judgment on the pleadings is GRANTED, and Plaintiff's cross-motion for judgment on the pleadings is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         June 7, 2018

                                                RUBY J. KRAJICK
                                                _____
                                                    Clerk of Court
                      **BY:**

                                                _____
                                                    Deputy Clerk